UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA J. MILLER,

       Plaintiff,

v.                                                    Case No. 1:15-cv-534
                                                    Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED.**

Dated: September 27, 2016          /s/ Ray Kent
                                              RAY KENT
                                              United States Magistrate Judge